Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
William C. Wright (WW 2213)
bwright@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:   (212) 873-0250
Facsimile:   (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br>*Plaintiff*<br><br>V.<br><br>BAODING SPRINGRU TRADE CO., LTD., *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**19-cv-674 (RA)** |

1

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Off-White, LLC ("Off-White" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Hangzhou Medo Import And Export Co., Ltd and Hengxing Caps & Garments Co., Ltd. (Great Career) in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: April 24, 2019                               Respectfully submitted,

                                                    EPSTEIN DRANGEL LLP

                                            BY:     _____
                                                    Brieanne Scully (BS 3711)
                                                    bscully@ipcounselors.com
                                                    EPSTEIN DRANGEL LLP
                                                    60 East 42nd Street, Suite 2520
                                                    New York, NY 10165
                                                    Telephone:   (212) 292-5390
                                                    Facsimile:   (212) 292-5391
                                                    *Attorney for Plaintiff*
                                                    *Off-White LLC*

**It is so ORDERED.**

Signed at New York, NY on _April 25_, 2019.

_____
Judge Ronnie Abrams
United States District Judge

2