Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
William C. Wright (WW 2213)
bwright@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone: (212) 873-0250
Facsimile: (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br>*Plaintiff*<br><br>V.<br><br>BAODING SPRINGRU TRADE CO., LTD., *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**19-cv-674 (RA)** |

1

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Off-White, LLC ("Off-White" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Dongguan Rainbow Touches Garment Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: May 7, 2019

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:  (212) 292-5390
Facsimile:  (212) 292-5391
*Attorney for Plaintiff*
*Off-White LLC*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.

_____
Judge Ronnie Abrams
United States District Judge

2