```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,

                Plaintiff,

       v.

BAODING SPRINGRU TRADE CO., LTD.
*et al.*,

                Defendants.

No. 19-CV-674 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On June 10, 2020, the Court ordered Plaintiff to submit an amended proposed final default judgment order, which was to accurately reflect the final judgment in this action. The Court received that submission on June 15. The submission states, however, that the Court has awarded $1,400,000 to Plaintiff in statutory damages, which is not an accurate reflection of the Opinion adopting Judge Cott's Report & Recommendation. Dkt. 5. No later than June 17, Plaintiff shall file an accurate proposed default judgment order.

SO ORDERED.

Dated:    June 16, 2020
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge